# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
9/8/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| | |
|---|---|
| United States of America v. DONQUE GAY | Case No. 3:21MJ336 |

Defendant(s)

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 7, 2021** in the county of **Montgomery** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 / 841(a)(1) | Conspiracy to knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Robert M. Buzzard*
Complainant's signature

SA ROBERT M. BUZZARD, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** (specify reliable electronic means).

Date: 9/8/21

Judge's signature

City and state: DAYTON, OHIO

SHARON L. OVINGTON, U.S. MAGISTRATE JUDGE
Printed name and title