UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:21-cr-148

vs.

DONQUE GAY,                           District Judge Michael J. Newman
                                                     Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 28)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 28. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count 1 of the Information, possession with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). Doc. No. 23. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **APRIL 12, 2022 at 2:00 PM**.

    **IT IS SO ORDERED.**

December 3, 2021                                        /s Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge